# MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: December 20, 2022 |
| vs. | Case No.: 22-mj-2074DPR |
| **GEVONI RAYON BROWN** | |

Honorable David P. Rush, presiding at Springfield, Missouri

**Nature of Hearing:** Preliminary Hearing
Detention Hearing

Time Commenced: 1:28 p.m.        Time Terminated: 1:36 p.m.

## APPEARANCES

Plaintiff:   Jessica Eatmon, AUSA
Defendant:   Erica Mynarich, CJA
USPPTS:      Jamie Woods

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

**Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 9). Arguments made regarding Defendant's custody. The Court takes matter of detention under advisement.

**Custody:** Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel