## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: April 16, 2024

vs.  Case No. 23-3001-01-CR-S-MDH

**GEVONI BROWN**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 1:25 p.m.**  **Time Terminated: 2:05 p.m.**

### APPEARANCES

**Plaintiff:** Stephanie Wan, AUSA  **Defendant:** Erica Mynarich

**Proceedings:** Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 144 months on Count 1; followed by 10 years Supervised Release. No fine. $100 MPA. JVTA – waived. AVAA – waived. Restitution imposed in the amount of $24,000—Gov't shall submit a proposed restitution judgment. Special conditions of supervised release imposed. Preliminary order of forfeiture is finalized and imposed. Court recommends Sex offender treatment program, suitable SOMP facility, UNICOR and dft be designated to FMC Devens or FCi Elkton. Dft advised of right to appeal. Dft remanded into custody.

**COURTROOM DEPUTY:** Linda Howard
**COURT REPORTER:** Jeannine Rankin
**USPPTS:** Elizabeth Farquhar